# Order

**Michigan Supreme Court**
**Lansing, Michigan**

August 21, 2020

Bridget M. McCormack,
Chief Justice

David F. Viviano,
Chief Justice Pro Tem

161679(63)

Stephen J. Markman
Brian K. Zahra
Richard H. Bernstein
Elizabeth T. Clement
Megan K. Cavanagh,
Justices

TRACY LYNN SULLIVAN,
            Plaintiff,

v

SC: 161679
COA: 348606
Wayne CC: 18-104696-DM

BRIAN ROBERT SULLIVAN,
            Defendant-Appellee,
and

TRISH OLEKSA HAAS,
            Petitioner-Appellant.
_____/

On order of the Chief Justice, the motion of defendant-appellee to extend the time for filing his answer to the application for leave to appeal is GRANTED. The answer will be accepted as timely filed if submitted on or before August 31, 2020.



I, Larry S. Royster, Clerk of the Michigan Supreme Court, certify that the foregoing is a true and complete copy of the order entered at the direction of the Court.

August 21, 2020



Clerk